| | |
|---|---|
| 1 | |
| 2 | Yasha Bronshteyn, Esq. |
| 3 | Ginzburg & Bronshteyn, LLP |
|   | 11111 Santa Monica Boulevard, Suite 1840 |
| 4 | Los Angeles, CA 90025 |
|   | Tel. (310)914-3222 |
| 5 | Fax (310)914-4242 |
| 6 | Email: yasha@gbllp-law.com |
|   | SBN: 210248 |
| 7 | |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.**, as Broadcast Licensee of the **August 26, 2017 Mayweather vs. McGregor** Match,

          Plaintiff,

-against-

STEPHEN NORMAN MILLS and FRA KEPLER, Individually, and as officers, directors, shareholders, principals, managers and/or members of PRETTY

**STATUS AND NOTICE OF INTENTION TO MOVE FOR DEFAULT**

Civil Action No.
4:18-CV-03512-JSC

Status and Not of Intent.

LADY LLC, d/b/a PRETTY LADY RESTAURANT,

and

PRETTY LADY LLC, d/b/a PRETTY LADY RESTAURANT,

                      Defendants.

-----------------------------------------------------

Comes now Plaintiff, **JOE HAND PROMOTIONS, INC.**, and respectfully states as follows:

This action was commenced with the filing of the Complaint and Summons on or about June 13, 2018.

Service of the Summons and Complaint was perfected on the Defendant, STEPHEN NORMAN MILLS, by sub-serving Sara "Doe", Employee, and a person of suitable age and discretion, on June 22, 2018; on the Defendant, FRA KEPLER, by sub-serving Sara "Doe", Employee, and a person of suitable age and discretion, on June 22, 2018; and on the Defendant, PRETTY LADY LLC, by sub-serving Sara "Doe", Employee, and a person of suitable age and discretion, on June 22, 2018. The proofs of service were filed with the Court on July 5, 2018, via ECF Nos. 14, 15, and 16, respectively.

The responsive pleading for Defendants, STEPHEN NORMAN MILLS,

                                                          Status and Not of Intent.

FRA KEPLER and PRETTY LADY LLC, on or before July 13, 2018. To date, no responsive pleadings have been filed nor have the Defendants appeared.

      Plaintiff is currently in the process of preparing the documents required for a Motion for Default Judgment in this matter and intends to file its Request for Entry of Default within thirty (30) days herein.

Dated:    July 16, 2018
           Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By: /s/Yasha Bronshteyn
YASHA BRONSHTEYN, ESQ.
Bar Roll No. 210248
GINZBURG & BRONSHTEYN, LLP
Resident Counsel for Plaintiff
11111 Santa Monica Boulevard
Suite 1840
Los Angeles, CA 90025
Email: yasha@gbllp-law.com
Telephone:  (310)914-3222
Facsimile:   (310)914-4242

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on July 16, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF and served the foregoing by first class mail upon the following:

STEPHEN NORMAN MILLS
1733 Peralta Street
Oakland, CA 94607

FRA KEPLER
3524 SE 65th Avenue
Portland, OR 97206

PRETTY LADY LLC, d/b/a PRETTY LADY RESTAURANT
1733 Peralta Street
Oakland, CA 94607

By: /s/Yasha Bronshteyn
YASHA BRONSHTEYN, ESQ.

-4-    Status and Not of Intent.